44

(No. 5694— )

THOMAS PLUMBING AND HEATING COMPANY, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed December 18, 1969.*

BARASH AND STOERZBACH, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

PERLIN, C.J.